PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Khari M. Moore　　　　　　　　　　**Docket Number:** 07-00355-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　**PACTS Number:** 47977

**Name of Judicial Officer:** The Honorable William H. Walls, U.S.D.J.

**Date of Original Sentence:** 02/26/2003

**Original Offense:** Conspiracy to Possess and Utter a Counterfeit Security of an Organization

**Original Sentence:** 8 months imprisonment; 3 years supervised release.

**Revocation Sentence:** 6 months imprisonment; 30 months supervised release

**Type of Supervision:** supervised release　　　　　　　**Date Supervision Commenced:** 01/30/2007

**Assistant U.S. Attorney:** T.B.A. 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** T.B.A. 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $10,322.67 to Clerk of Court; it shall be paid in the following manner: at least $200 per month.**' and '**the defendant shall pay a $100 Special Assessment which is due immediately.**' |
|   | Since the commencement of supervision the offender has not made any payments to either his restitution or special assessment obligations. |
| 2 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' |

| | |
|---|---|
| | Moore has failed to participate in the probation office's mandatory drug testing program (Code-A-Phone) as instructed. |
| 3 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |
| | On January 23, 2008, Moore submitted a urine specimen which tested positive for marijuana. |
| 4 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**' |
| | The releasee moved from his last known address on or about April 18, 2008 and left no forwarding address. |
| 5 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender has not submitted any *Monthly Supervision Reports* since May 2007. |
| 6 | The offender has violated the supervision condition which states    '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.**' |
| | According to Moore's employer of record, the offender quit the job approximately three months ago. The offender was not excused by the probation office from the requirement of working. |
| 7 | The offender has violated the supervision conditions which state ' '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' and '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**' |
| | On March 24, 2008, Moore was directed to report to the probation office on March 31, 2008. On that date Moore failed to appear as instructed. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski,
U.S. Probation Officer
Date: 6/9/08

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

12/Jun/08
_____
Date

AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

For the        District of        New Jersey

UNITED STATES OF AMERICA

V.

**KHARI M. MOORE**

**WARRANT FOR ARREST**

Case     **07-355-01 (WHW)**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **KHARI M. MOORE**
                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complain      Order of court    **X** Violation         Probation Violation Petition

charging him or her      (brief description of offense)

PLEASE SEE ATTACHED PETITION.

in violation of             United States Code, Section(s)

Jess F. Nelson                            Deputy Clerk
Name of Issuing Officer                     Title of Issuing Officer

*/s/ Jess F. Nelson*                         6/12/08  Newark, New Jersey
Signature of Issuing Officer                    Date and Location

Bail fixed at $                       by                               
                                                                                               Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442   (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____